UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELICIA GONZALEZ,

                              Plaintiff,                              23-cv-8382 (LJL) (VF)

                       -against-                                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

     Given that the only remaining issue in the case is a motion for attorneys' fees (ECF No. 11) and given that without the parties' consent the undersigned will have to issue a report and recommendation that will have to be reviewed by Judge Liman, the parties are directed to meet and confer to discuss whether they consent to the undersigned's jurisdiction in order to conserve judicial resources.

     If the parties do consent to such jurisdiction, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, on the docket. The parties are free to withhold consent without negative consequences.

     The parties are directed to provide an update as to the status of their discussions regarding consenting to the undersigned's jurisdiction by no later than **March 22, 2024.**

     SO ORDERED.

DATED:    New York, New York
              March 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge